February 4, 1993
 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 92-1414 

 CARMEN RODRIGUEZ-OQUENDO,

 Plaintiff, Appellant,

 v.

 SECRETARY OF HEALTH AND HUMAN SERVICES,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Jaime Pieras, Jr., U.S. District Judge]
 

 

 Before

 Selya, Cyr and Boudin,
 Circuit Judges.
 

 

Raymond Rivera Esteves and Juan A. Hernandez Rivera on brief for
 
appellant.
Daniel F. Lopez Romo, United States Attorney, Jose Vazquez
 
Garcia, Assistant United States Attorney, and Amy S. Knopf, Assistant
 
Regional Counsel, Department of Health and Human Services, on brief
for appellee.

 

 

 Per Curiam We have carefully reviewed the
 

record and find that substantial evidence supports the

finding that the claimant retained the physical and mental

capacity to perform the simple, routine, light, unskilled

jobs as determined by the Secretary. We reject the

claimant's attacks on the Secretary's assessment of the

vocational expert's testimony, and conclude that the

Secretary's decision to deny disability benefits is

reasonably and adequately supported by the record as a whole.

We affirm the judgment of the district court substantially

for the reasons stated in the magistrate-judge's report and

recommendation as adopted by the district court.

 Affirmed.